KATE WELLS, (SBN 107051)
Attorney at Law
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile: (831) 479-4476

Attorney for Plaintiffs,
    ABEL MEKKOUDI, individually and dba THE AVENUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABEL MEKKOUDI, individually and dba THE AVENUE,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA CRUZ, COUNTY OF SANTA CRUZ, TWENTY UNKNOWN CITY OFFICERS, TWENTY UNKNOWN COUNTY SHERIFFS, CHIEF KEVIN VOGEL, SHERIFF PHIL WOWAK,<br><br>    Defendants. | NO. CV 11-05658 PSG<br><br>**PLAINTIFFS' REQUEST FOR STAY DURING PENDENCY OF BANKRUPTCY PROCEEDINGS; [PROPOSED] ORDER** |

   Plaintiff, ABEL MEKKOUDI, and his wife have filed Bankruptcy under Chapter 7, Case Nos. 11-54461 and 12-05069, and hereby request an order staying all proceedings in this case during the pendency of the bankruptcy cases.


Dated: June 6, 2012                           /s/
                              Kate Wells,  Attorney for Plaintiffs

///

///

///

REQUEST FOR STAY DURING PENDENCY OF BANKRUPTCY PROCEEDINGS
*Mekkoudi, et al. v City of Santa Cruz, et al.* Case No. CV11 - 05658 PSG

(~~PROPOSED~~) ORDER

Good cause appearing therefor

IT IS HEREBY ORDERED that all proceedings in this case are stayed during the pendency of plaintiffs' bankruptcy cases No. 11-54461 and 12-05069.

Dated:"Lwpg'9."4234

_____
THE HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

REQUEST FOR STAY DURING PENDENCY OF BANKRUPTCY PROCEEDINGS
*Mekkoudi, et al. v City of Santa Cruz, et al.* Case No. CV11 - 05658 PSG