UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ABEL MEKKOUDI, | ) | Case No. 5:11-cv-05658-PSG |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO FILE STATUS REPORT** |
| CITY OF SANTA CRUZ, et al., | ) | |
| Defendants. | ) | |

Over two-and-a-half years have passed since the court stayed this case in light of Plaintiff's bankruptcy cases. Having heard no further word of the status of the petition, the court orders Plaintiff to file a report informing the court of the status of the cases and whether a continuation of the stay is justified. Plaintiff shall file this report within 14 days.

**SO ORDERED**

Dated: December 3, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No. 5:11-cv-05658-PSG
ORDER TO FILE STATUS REPORT