UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABEL MEKKOUDI, | Case No. 5:11-cv-05658-PSG |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF SANTA CRUZ, et al., | |
| Defendants. | |

Over two-and-a-half years have passed since the court stayed this case in light of Plaintiff's bankruptcy cases. On December 3, 2014, this court issued an order to file a status report to apprise the court of the status of the bankruptcy proceeding and to inform the court as to whether a continuation of the stay is justified. Plaintiff failed to respond. Plaintiff therefore shall show cause in writing why this case should not be dismissed for failure to prosecute. Plaintiff shall comply with this order within 14 days. If necessary, the court will schedule a hearing at a later date.

**SO ORDERED.**

Dated: January 21, 2015

_Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge

United States District Court
For the Northern District of California