KATHLEEN E. WELLS (SBN 107051)
3393 Maplethorpe Lane
Soquel, CA  95073
Telephone:     (831) 475-1243
Facsimile:       (831) 475-1103
Email:             lioness@got.net

Attorney for plaintiffs,
ABEL MEKKOUDI, individually and dba THE AVENUE

**GRANTED**
Pave S. Aewe
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| ABEL MEKKOUDI, individually and dba THE AVENUE,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CRUZ; COUNTY OF SANTA CRUZ;  TWENTY UNKNOWN CITY OFFICERS; TWENTY UNKNOWN COUNTY SHERIFFS,  CHIEF KEVIN VOGEL;  SHERIFF PHIL WOWAK,<br><br>        Defendants. | CASE # 11-05658 PSG<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br><br>Date:  June 30, 2015<br>Time: 10:00 a.m.<br>Crtrm: 5 – 4th Floor<br>Judge:  Hon. Magistrate Judge Grewal |

   At the last Case Management Conference the court graciously granted the undersigned additional time to attempt to secure alternate counsel for the Plaintiff.  Despite many attempts, counsel has been unable to find another attorney who is in a position to take over this case.  Plaintiff requests an additional 60 days to attempt to find representation on his own.

DECLARATION OF KATE WELLS

I, KATE WELLS, declare:

   1.  I am the attorney representing the plaintiffs in the above-captioned case.

   2.  I continue to be quite ill with recurring bouts of pneumonia.

   3.  Although hampered by my illness, I have contacted several civil rights attorneys in Santa Cruz, Santa Clara, Oakland and San Francisco attempting to locate counsel to

substitute in for me in this case.  Unfortunately, I have not been successful.  After discussing it with my client, he expressed a desire to try on his own to find alternate representation and has asked that I give him an additional 60 days before I withdraw from the case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge.  Signed this 25th day of June, 2015, at Soquel, California

_____/s/__Kathleen E. Wells_____
KATHLEEN E.  WELLS

**CONCLUSION**

Based on the foregoing, counsel for plaintiff requests that the court grant her another 60 days before she is ordered to file a withdrawal and substitution in this matter.

Respectfully submitted,

Dated:  June 25, 2015

_____/s/__Kathleen E. Wells___
KATHLEEN E.  WELLS, Attorney for Plaintiff