UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL MEKKOUDI,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SANTA CRUZ, et al.,<br><br>        Defendants. | Case No. 11-cv-05658-PSG<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff Abel Mekkoudi filed this case on November 22, 2011,[1] and a summons was issued for Defendants on the same day.[2] After a lengthy stay due to his pending bankruptcy proceeding, Mekkoudi indicated in March of 2015 that he intended to pursue this litigation.[3] Nevertheless, nearly a year after the case resumed, the court's records do not indicate that Mekkoudi has served the summons on Defendants.

    The Federal Rules of Civil Procedure do not contemplate an indefinite and indeterminate delay in the service of process.[4] In fact, the recent amendments to the Federal Rules sought to reduce the delay in the early stages of litigation by reducing the time to serve a defendant from 120 to 90 days.[5]

---

[1] *See* Docket No. 1.

[2] *See* Docket No. 2.

[3] *See* Docket Nos. 9, 13.

[4] *See* Fed. R. Civ. P. 4(m).

[5] *See id.*

1    Here, Mekkoudi has not complied with Rule 4(m), which requires defendants to be served
2 within 120 days after the complaint is filed.  Accordingly, the court ORDERS Mekkoudi TO
3 SHOW CAUSE why this case should not be dismissed for failure to serve Defendants and/or
4 prosecute this action.  Mekkoudi shall submit a written response on or before February 2, 2016.  In
5 the alternative, if Mekkoudi files proof of service on Defendants on or before that date, the court
6 will dissolve this order to show cause.  The court advises Mekkoudi that a failure to respond to the
7 order to show cause by February 2 will result in the dismissal of this action.

**SO ORDERED.**

Dated: January 19, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge