UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL MEKKOUDI,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF SANTA CRUZ, et al.,<br><br>            Defendants. | Case No. 11-cv-05658-PSG<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

In light of Plaintiff Abel Mekkoudi's failure to respond to the court's order to show cause,[1] this case is DISMISSED without prejudice for failure to prosecute.[2]

**SO ORDERED.**

Dated: February 18, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 30.

[2] Mekkoudi has consented to the jurisdiction of the undersigned magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 72(a). *See* Docket No. 16.

1
Case No. 11-cv-05658-PSG
ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE